IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER CONFIRMING SALE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lynn M. Wagner, Janette Wagner f/k/a | ) | Case No. 1:11-cv-063 |
| Janette M. Phillips f/k/a Janette Marie | ) | |
| Phillips, | ) | |
| | ) | |
| Defendants. | ) | |

_____

After an examination of the proceedings of the United States Marshal for the District of North Dakota relative to his sale of the property foreclosed in the above-entitled action, and being satisfied in all respects that the Marshal has conformed to the law,

**IT IS ORDERED** that the sale of the Marshal, as set forth in the Marshal's return on file with the Clerk of this Court, be and the same is in all things confirmed.

**IT IS FURTHER ORDERED** that the records of the Clerk of this Court shall show that the Court is satisfied with the legality of the sale.

**IT IS FURTHER ORDERED** that the United States Marshal for the District of North Dakota shall issue to the purchaser of the real property a Marshal's deed conveying to it all of the interest in the real property purchased at the Marshal's sale.

Dated this 14th day of February, 2012.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court